IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW J. SHARP, individually and on behalf of all other similarly situated, | |
| Plaintiff, | |
| v. | Case No. 1:19-cv-05223 |
| BANK OF AMERICA, N.A.; and BANK OF AMERICA CORPORATION, | Honorable Charles P. Kocoras |
| Defendants. | |

**DEFENDANTS BANK OF AMERICA, N.A. AND BANK OF AMERICA CORPORATION'S MOTION TO STRIKE PLAINTIFF'S NATIONWIDE CLASS ALLEGATIONS**

Defendants Bank of America, N.A. ("BANA") and Bank of America Corporation ("BAC," and, with BANA, "Defendants"), by and through their attorneys, hereby move to strike plaintiff Matthew J. Sharp's class allegations to the extent that they include putative class members who are not Illinois residents. As explained in the concurrently filed Memorandum, the U.S. Supreme Court has held that a state does not have specific jurisdiction over the claims of non-residents simply because other plaintiffs were injured in that state. *See Bristol-Myers Squibb Co. v. Super. Court*, 137 S. Ct. 1773, 1781 (2017). Because Plaintiff has not alleged any facts showing that the Court has personal jurisdiction over Defendants for claims on behalf of non-resident accountholders, the Complaint's nationwide class allegations should be stricken. *See, e.g.*, *Garvey v. Am. Bankers Ins. Co. of Fla.*, No. 17-CV-986, 2019 WL 2076299, at *2–3 (N.D. Ill. May 10, 2019).

This Motion is based on the concurrently filed Notice of Motion and Memorandum, the pleadings and other documents on file in this action, any other matters of which the Court may take judicial notice, and any oral argument of counsel.

Dated: October 11, 2019

Respectfully Submitted,
By: /s/ Elizabeth L. McKeen
Elizabeth L. McKeen

Elizabeth L. McKeen
emckeen@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

William K. Pao (admitted *pro hac vice*)
wpao@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Maurice Grant
mgrant@grantlawllc.com
Senija Grebovic
sgrebovic@grantlawllc.com
GRANT LAW, LLC
230 West Monroe Street, Suite 240
Chicago, IL 60606
Telephone: (312) 551-0111
Facsimile: (312) 551-0112

*Attorneys for Defendants Bank of America, N.A. and Bank of America Corporation*

**<u>CERTIFICATE OF SERVICE</u>**

    I hereby certify that on October 11, 2019, I electronically filed the foregoing document with the clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the electronic Mail Notice List.

    Executed on October 11, 2019, at Newport Beach, California.

                                                   /s/ Elizabeth L. McKeen
                                                   Elizabeth L. McKeen