**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MATTHEW J. SHARP, individually and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A.; and BANK OF AMERICA CORPORATION, <br><br> Defendants. | Case No. 1:19-cv-05223 <br><br> Honorable Charles P. Kocoras |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Matthew J. Sharp hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Notification of Docket Entry (Dkt. 38) dismissing the above-captioned action on July 1, 2020, and all opinions and orders that merge therein.

Dated: July 30, 2020

Respectfully submitted,

/s/ *Henry J. Kelston*
    Henry J. Kelston

Eugene Y. Turin
**MCGUIRE LAW, P.C.**
55 W. Wacker Drive, 9th Floor
Chicago, Illinois 60601
Tel: (312) 893-7002
eturin@mcgpc.com

Frank S. Hedin (*pro hac vice*)
**HEDIN HALL, LLP**
fhedin@hedinhall.com
1395 Brickell Ave, Suite 900

Miami, Florida 33131
Tel: (305) 357-2107
Fax: (305) 200-8801

Robert Ahdoot (*pro hac vice)*
Henry J. Kelston
**AHDOOT & WOLFSON, PC**
rahdoot@ahdootwolfson.com
hkelston@ahdootwolfson.com
10728 Lindbrook Drive
Los Angeles, California 90024
Tel: (310) 474-9111
Fax: (310) 474-8585

*Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I, Henry J. Kelston, an attorney, hereby certify that on July 30, 2020, I electronically filed the foregoing *Notice of Appeal* via the Court's ECF system. An electronic copy will be electronically transmitted to all counsel of record.

/s/ *Henry J. Kelston*
Henry J. Kelston
