# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

October 1, 2020

*By the Court:*

| No. 20-2423 | MATTHEW J. SHARP,<br>Plaintiff - Appellant<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:19-cv-05223<br>Northern District of Illinois, Eastern Division<br>District Judge Charles P. Kocoras ||

Upon consideration of the **AGREED MOTION FOR VOLUNTARY DISMISSAL**, filed on October 1, 2020, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

*[CERTIFIED COPY seal — A True Copy, Teste: Deputy Clerk of the United States Court of Appeals for the Seventh Circuit]*

form name: **c7_FinalOrderWMandate**(form ID: **137**)